## BUTTREY v. COMMONWEALTH.

Court of Appeals of Kentucky.
March 20, 1953.

Cam Mullins, London, for movant.

J. D. Buckman, Jr., Atty. Gen., and John B. Browning, Asst. Atty. Gen., for the Commonwealth.

PER CURIAM:

Motion for an appeal from the Laurel Circuit Court by James Buttrey from a judgment convicting him of shooting and wounding in sudden heat of passion, without malice, and fixing his punishment at a fine of $250 and confinement for one year in jail.

A consideration of the record discloses no error prejudicial to movant's substantial rights and the judgment is affirmed.